USCA1 Opinion

 

 March 21, 1994 [NOT FOR PUBLICATION] UNITED STATES COURT OF APPEALS FOR THE FIRST CIRCUIT ___________________ No. 93-1627 AMERICA MAZA, Plaintiff, Appellant, v. SECRETARY OF HEALTH AND HUMAN SERVICES, ET AL., Defendants, Appellees. __________________ APPEAL FROM THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF MASSACHUSETTS [Hon. Robert E. Keeton, U.S. District Judge] ___________________ ___________________ Before Breyer, Chief Judge, ___________ Torruella and Selya, Circuit Judges. ______________ ___________________ America Maza on brief pro se. ____________ __________________ __________________ Per Curiam. We affirm the dismissal of ___________ appellant's pro se complaint substantially for the reasons ___ __ stated in the district court's memorandum and order of April 26, 1993. Appellant's claims against the Secretary of Health and Human Services are time-barred under 42 U.S.C. 405(g) and the applicable regulations. 20 C.F.R. 416.1455, .1481. See also 416.1405, .1421. There is no indication ___ ____ that the Secretary found that good reasons exist to allow an extention of time for a late filing for judicial review. See 416.1482, .1411. Otherwise, the complaint suggests no ___ cognizable federal cause of action. Affirmed. _________ -3-